IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT STEELE, | * <br> * CIVIL ACTION NO. <br> * |
| Plaintiff, | * |
| v. | * |
| SIMMS ASSOCIATES, INC. | * |
| Defendant. | * |

## I. COMPLAINT

1. This is a consumer protection action brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et. seq. (hereinafter "FDCPA" or "Act"). Plaintiff seeks damages and other relief against the Defendant debt collector for its use of deceptive and unfair debt collection practices. Defendant Simms Associates Inc., in violation of the FDCPA, 15 U.S.C. §1692(c) by communicating with third parties regarding a debt allegedly owed by the Plaintiff and violation of 15 U.S.C. §1692(e), making false or misleading representations regarding the alleged debt in voice mail messages left at Plaintiff's place of employment.

**II.    JURISDICTION**

2. Subject matter jurisdiction of this Court arises under 15 U.S.C. §1692(k), actionable under 28 U.S.C. §§1331 and U. S. C. §1391.

1

### III.     PARTIES

3.      At all times pertinent, Plaintiff Robert Steele was an adult Delaware residing, whose address is 369 Gibbs Chapel Road, Hartly DE 19953.  He currently resides at Post Office Box 306, Elkin, NC 28621.

4.      At all times material hereto, Plaintiff was a consumer as that term is defined in §1692(a) (3) of the FDCPA.

5.      Defendant Simms Associates Inc. is a Delaware Corporation whose principal place of business is 800 Pencader Drive, Newark Delaware, whose registered agent is The Company Corporation of 2711 Centerville Road Suite 400, Wilmington DE 19808.

6.      The principal business of Defendant's business to the best of Plaintiff's information, knowledge and belief is the collection of consumer debts alleged to be due another.

7.      Simms Associates Inc. is a debt collector as that term is defined in the FDCPA, 15 U.S.C. §1692(a) (6).

8.      At all times pertinent hereto, Defendant acted through it employees, agents, servants and or representatives, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendant herein.

**IV.     FACTS**

9. Paragraphs 1-8 are incorporated by reference as if fully set out herein.

10. At all times pertinent hereto, Defendant Simms Associates Inc. was hired by Toyota Financial Retail Services to collect a debt allegedly owed by Plaintiff to Toyota Financial Retail Services.

11. The debt at issue arose out of an alleged transaction, which was primarily for personal, family or household purposes.

12. In violation of 15 U.S.C. §1692c(b), on or about October 29, 2008, Mr. Robert Fine, an employee of Simms Associates called Plaintiff's former place of place of employment, Master Tech Paint and Collision Center, 743 Rue Madora Drive, Bear, DE 19701, and left a message with a receptionist named "Marie" stating that it was a law firm.

13. In violation of 15 U.S.C. §1692e (4), Mr. Fine implied that he was taking legal action when he stated that Plaintiff needed to return his call as soon as possible because he had just ended a call with the District Attorney.

14. Mr. Robert Fine left two voicemail messages at Plaintiff's former place of employment on or about October 29, 2008 and October 30, 2009.

15. In violation of 15 U.S.C. §1692e (4), Mr. Fine told Plaintiff that Toyota Financial Services went over his head in this matter and made a call to the District Attorney and that it was a bad situation.

16. In violation of 15 U.S.C. §1692e(7) and 15 U.S.C. §1692e(5) 0 Mr. Fine said that he had been in touch with the bank which issued Plaintiff's debit card and that the bank told him to seize the debit card.

17. In violation of 15 U.S.C. §1692e(5), Robert Fine, acting for the Defendant, left a second voice mail message on or about October 30, 2008 stating that he was sending a letter to Plaintiff's place of employment regarding a bad check.

18. 15 U.S.C. §1692e (4), Robert Fine, acting for the Defendant, also stated in the second voicemail message that Plaintiff should be hearing from the District Attorney over a bad check and that this was a criminal situation.

19. Plaintiff never issued Defendant a bad check.

20. In violation of 15 U.S.C. §1692c(b), on or about November 4, 2008, Robert Fine, an employee of Simms Associates called Plaintiff's former place of place of employment, Master Tech Paint and Collision Center, 743 Rue Madora Drive, Bear, DE 19701, and left a message with Plaintiff's supervisor, "Mr. Hill", regarding the alleged debt.

V.

**COUNT I-VIOLATIONS OF THE**
**FAIR DEBT COLLECTION PRACTICES ACT**

21. Paragraphs 1-20 are incorporated by reference as if fully set out herein.

22. The Defendant, by leaving a message with Plaintiff's co-worker violated 15 U.S.C. §1692c(b);

23. The Defendant, by leaving a message with Plaintiff's supervisor violated

15 U.S.C. §1692c(b).

24. The Defendant, by leaving the voice mail messages, violated

15 U.S.C. §1692e (4);

15 U.S.C. §1692e (5); and

15 U.S.C. §1692e (7).

25. As a result of Defendant's conduct, Plaintiff suffered emotional distress, embarrassment, humiliation, damage to his reputation, nervousness, sleeplessness, and decreased productivity on his job to the point he was reprimanded by his supervisor.

**WHEREFORE NOW,** Plaintiff Robert Steele prays that this Court enter a judgment for Plaintiff:

a. Awarding damages to Plaintiff as provided by

b. Awarding Plaintiff costs and attorney's fees and

c. Granting such other relief as may be deemed just and proper.

5

**V.     JURY DEMAND**

Pursuant to Fed. R. C. P. 38, Plaintiff demands a trial by jury as to all issues so triable.

**LAW OFFICE OF MAGGIE CLAUSELL, LLC**

**/s/ Maggie Clausell, Esq.**
DE Bar ID #4532
9 E Loockerman Street, Ste. 205
Dover, DE 19901
302-678-7644 (voice)
302-678-0771 (fax)

DATED:  October 28, 2009