# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT STEELE, | *  <br> * CIVIL ACTION NO. 09-00808- SLR <br> * <br> Plaintiff,      * JURY TRIAL DEMANDED <br> * <br> v.      * <br> * <br> SIMMS ASSOCIATES, INC.      * <br> * <br> Defendant.      * <br> * <br> * |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW,** the Plaintiff, by and through the undersigned counsel to give notice that pursuant to F.R.C.P. 41(a) 1(A), the above captioned complaint is hereby voluntarily dismissed with prejudice.

**LAW OFFICE OF MAGGIE CLAUSELL, LLC**

**/s/ Maggie Clausell**
_____
Maggie Clausell, Esq.
DE Bar ID #4532
9 E Loockerman Street Ste 205
Dover, DE 19901
3026787644 (v)
3026780771 (f)

DATED: <u>February 18, 2010</u>